DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KOSHER MOTORS, INC.,**
Appellant,

v.

**LOUIS D. RODRIGUEZ GONZALEZ,**
Appellee.

No. 4D22-3281

[July 5, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE21-005335.

Kraig S. Weiss of KSW Legal, P.A., Weston, for appellant.

David Strong of the Law Office of David R. Strong, P.A., Fort Lauderdale, and Robert Dominguez of The Founders Law, Miami Lakes, and Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

MAY, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***